**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CHITH XAYAPHET,

    Petitioner,

vs.                                                 Case No. 8:06-CV-1407-T-30TGW
                                                                     8:05-CR-485-T-30TGW

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

Petitioner has filed an Affidavit Accompanying Motion for Permission to Appeal *In Forma Pauperis* (Dkt. 13). The Court denied Petitioner's request for issuance of a certificate of appealability on November 27, 2006 (Dkt. 12). Accordingly, Petitioner's request to proceed on appeal *in forma pauperis* (**Dkt. 13**) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on January 29, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA/jsh
<u>Copy furnished to</u>:
All Parties/Counsel of Record